IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY J. JONES, | : | |
| Plaintiff, | : | |
| vs. | : | |
| | | CIVIL ACTION 06-0630-M |
| MICHAEL J. ASTRUE, | : | |
| Acting Commissioner of | | |
| Social Security, | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Johnny J. Jones and against Defendant Michael J. Astrue.

DONE this 1st day of June, 2007.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE